UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP J. WAISONOVITZ
v.

CV 305CV01928 CFD

METRO-NORTH COMMUTER
RAILROAD

DECEMBER 16, 2005

## COMPLAINT

1. The plaintiff brings this action against the defendant for injuries suffered while in the employ of the defendant Railroad.

2. Jurisdiction of this Court is invoked under the provisions of 45 U.S.C. §51, the Federal Employer's Liability Act. Venue properly lies in this Court pursuant to 45 U.S.C. §56.

3. The plaintiff is a citizen of the State of Connecticut.

4. The defendant, Metro North Railroad Company, ("Metro-North"), is a railroad corporation duly established by law.

5. Defendant Metro-North during all times mentioned herein, was a common carrier engaged in the business of interstate commerce, and as such, operated a railroad between New Haven, Connecticut and New York, New York.

6. Plaintiff, at the time of his injuries, was employed by the defendant as a Locomotive Engineer.

7. At the time of his injuries, the plaintiff was engaged in interstate commerce and employed in furtherance of said commerce.

8. On or about March 10, 2004, the plaintiff was engaged in his duties as a locomotive engineer in Stamford, Connecticut. The location terminal, yard, lines, tracks,

1

rails, engines, trains, shops, storerooms, and all other equipment and appliances appurtenant thereto were owned and/or operated and/or controlled and/or maintained by the defendant corporation.

9. The plaintiff, as a result of defendant's negligence, was injured when the train he was driving hit another train and caused the death of his co-worker, Robert Ard, Jr.. The plaintiff was treated at Norwalk Hospital for chest pain, shortness of breath, mental confusion, and shock. The plaintiff continues to suffer from severe post traumatic stress which substantially interferes with his ability to work and enjoy life.

10. The injuries of the plaintiff were caused by the failure of the defendant Metro-North, its agents, servants, and/or employees to use reasonable care to provide the plaintiff with a safe place to work, including but not limited to furnishing him with safe and suitable tools, appliances, equipment, assistance, training, and procedures.

11. The injuries of the plaintiff were caused by the failure of the defendant, Metro-North, its agents, servants, and/or employees to use reasonable care to provide the plaintiff with a safe place to work, including but not limited to, providing supervision of employees and ensuring the following of all safety and procedural guidelines by its employees.

12. As a result of said injuries, the plaintiff was caused to suffer great physical pain and mental anguish, and sustained monetary damages.

13. As a result of said injuries, the plaintiff has suffered a loss of earning capacity and the ability to carry out life's activities.

WHEREFORE, in order to fairly and justly compensate the plaintiff and promote safe working conditions on the defendant, the plaintiff demands a jury verdict and judgment against the defendant in the amount of Five Million Dollars ($5,000,000).

**JURY CLAIM**

The plaintiffs claim trial by jury.

THE PLAINTIFF

By _____
NORMAN A. PATTIS
Law Offices of Norman A. Pattis, LLC
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745 (facsimile)
ct13120
E-mail: napatty1@aol.com